**CHRISTOPHER J. BOWES, ESQ.**
54 Cobblestone Drive
Shoreham, NY 11786

Tel. (212) 979-7575
Fax (631) 929-1700

cjbowes@gmail.com

March 5, 2020

Via ECF
Hon Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

               Re: <u>Tineo v. Berryhill</u>
                  17 Civ. 9273 (VSB)(SLC)

Dear Judge Cave:

  I am writing to request an extension of time in which to file plaintiff's Motion for Judgment on the Pleadings. Plaintiff's papers are due to be filed on March 9, 2020. This is plaintiff's first request for an extension of time.

  I am jointing Mr. David Kuznicki as co-counsel in this case and need additional time to complete my review of the file in order to properly prepare Ms. Tineo's brief in this case. The file is moderately large and it will take me some additional time to prepare her file. With the kind consent of opposing counsel, AUSA Mary Ellen Brennan, I respectfully request that the Court endorse the following revised schedule:

  April 8, 2020   Plaintiff's Motion for Judgment on the pleadings
  June 8, 2020    Defendant's Opposition/Cross-Motion
  June 29, 2020   Plaintiff's Reply

 Thank you for Your Honor's attention to this matter.

                   Very truly yours,

                   /s/ Christopher J. Bowes
                   Christopher J. Bowes, Esq

cc: Mary Ellen Brennan, Esq.
   David Kuznicki, Esq.

---

Plaintiff's Letter-Motion for an extension of time to file her motion for judgment on the pleadings (ECF No. 12) is GRANTED. The briefing schedule for Plaintiff's motion is updated as set forth herein. The Clerk of Court is respectfully directed to close ECF No. 12.

SO-ORDERED 3/6/2020

/s/ Sarah L. Cave
SARAH L. CAVE
United States Magistrate Judge