# CHRISTOPHER J. BOWES, ESQ.
## 54 Cobblestone Drive
## Shoreham, NY 11786
Tel.(212)979-7575
Fax (631) 929-1700
cjbowes@gmail.com

April 16, 2020

Via ECF
Hon. Sarah L. Cave
United States Magistrate Judge
United States Courthouse for the SDNY
500 Pearl Street
New York, NY 10007

Re:   Tineo v. Saul
19 Civ.  9273 (VSB)(SLC)

Dear Judge Cave:

 I am writing to request a short extension of time, <u>nunc pro tunc</u>, in which to file plaintiff's Motion for Judgment on the Pleadings.  Plaintiff's papers were due to be filed yesterday.  This is plaintiff's third request for an extension of time.

 I have been unable to complete these papers for filing yesterday due to an unusual amount of work and my difficulties keeping pace with working from home with my four children at home.  With the kind consent of opposing counsel, AUSA Mary Ellen Brennan, I respectfully request a short two-day extension and ask that the Court endorse the following revised schedule:

| | |
|---|---|
| April 17, 2020 | Plaintiff's Motion for Judgment on the pleadings |
| June 17, 2020 | Defendant's Opposition/Cross-Motion |
| July 8, 2020 | Plaintiff's Reply |

 Thank you for Your Honor's attention to this matter.

Very truly yours,

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq

cc: Mary Ellen Brennan, Esq.
  Attorney for Defendant

 David Kuznicki, Esq.
 Attorney for PLaintiff

---

Plaintiff's Letter-Motion for an extension of time, <u>nunc pro tunc,</u> to file a motion for judgment on the pleadings (ECF No. 16) is GRANTED.  The parties' briefing schedule is amended as follows.  Plaintiff's Motion for Judgment on the pleadings is due by **Monday, April 20, 2020**.  Defendant's opposition/cross-motion is due by **Monday, June 22, 2020**.  Plaintiff's reply is due by **Monday, July 17, 2020**.

The Clerk of Court is respectfully directed to close ECF No. 16.

SO-ORDERD 4/172020

*SARAH L. CAVE*
*United States Magistrate Judge*