UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIGNA TINEO,

          Plaintiff,

against

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

CIVIL ACTION NO.: 19 Civ. 09273 (VSB) (SLC)

**ORDER TO SHOW CAUSE**

**SARAH L. CAVE,** United States Magistrate Judge:

A complaint and the administrative record having been filed in this matter, Defendant is hereby ordered to send one courtesy copy of the administrative record, marked as such on a cover page, to Chambers by **Wednesday, September 9, 2020**.  The courtesy copy should bear the ECF header generated at the time of electronic filing and include protruding tabs for any exhibits. Bulky materials should be two-sided, and neatly-bound or placed in 3-ring binders, with appropriate dividers.

Dated:    New York, New York
            August 26, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**