CHRISTOPHER JAMES BOWES, ESQ
54 Cobblestone Drive
Shoreham, New York 11786
Tel.: (212) 979-7575
Fax:  (631) 929-1700
     CJB-8865
Attorney for Plaintiff


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
DIGNA TINEO,                          :    NOTICE OF MOTION
                                           FOR ATTORNEYS FEES
                Plaintiff,            :    PURSUANT TO
                                           28 U.S.C. § 2412
                                      :
       -against-                           19 Civ.9273 VSB SLC
                                      :
ANDREW M. SAUL, Commissioner
of the Social Security Administration,  :

                Defendant.             :
----------------------------------------X


     PLEASE TAKE NOTICE that upon the accompanying Declaration

of Christopher James Bowes, dated January 7, 2021, plaintiff

will move this Court before the Honorable Sarah L. Cave, United

States Magistrate Judge, presiding, at the United States

Courthouse for the Southern District of New York, 500 Pearl

Street, New York, NY 10007, on submission, for an order:

     (1)  Accepting plaintiff's application for reasonable

attorney's fees and costs pursuant to the Equal Access to

Justice Act ("EAJA"), 28 U.S.C. §2412(d), as timely filed;

     (2)  Granting plaintiff leave to defer filing a memorandum

of law in support of his application for fees for a period of 60

days to permit the parties an opportunity to reach settlement of

the fee issue; and

    (3)  for such other and further relief as this Court may

deem just and proper.


Dated:        Shoreham, New York
                January 7, 2021

I am in receipt of Plaintiff's notice of motion for attorney's fees and the declaration of Christopher James Bowes in support of that motion.  (Docs. 28, 29.)  I will accept Plaintiff's application for reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d), as timely filed. Additionally, Plaintiff is granted to leave to defer filing a memorandum of law in support of the application for fees for a period of 60 days to permit the parties an opportunity to reach settlement of the fee issue.

**SO ORDERED:**

*Vernon Broderick*

HON. VERNON S. BRODERICK   2/1/2021
UNITED STATES DISTRICT JUDGE

Respectfully submitted,


/s/Christopher James Bowes
CHRISTOPHER JAMES BOWES, ESQ
54 Cobblestone Drive
Shoreham, New York 11786
Tel.: (212) 979-7575
Fax:  (631) 979-1700
    CJB-8865
Attorney for Plaintiff


To:  United States Attorney for the
     Southern District of New York
BY:  AUSA Mary Ellen Brennan
     Assistant U.S. Attorney
     86 Chambers Street, 3rd Floor
     New York, NY 10007