```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
DIGNA TINEO,                                             :
                                                         :
                          Plaintiff,                     :
                                                         :          19-cv-9273 (VSB)
              -against-                                  :
                                                         :                ORDER
ANDREW M. SAUL,                                          :
Commissioner of the Social Security                      :
Administration                                           :
                                                         :
                          Defendant.                     :
---------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

     On February 1, 2021, I accepted Plaintiff's application for reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d), as timely filed, and granted Plaintiff leave to defer filing a memorandum of law in support of the application for fees for a period of 60 days to permit the parties an opportunity to reach settlement on the fee issue. (Doc. 30.) The parties are directed to update the Court as to their settlement discussions. Accordingly, it is hereby:

     ORDERED that by April 12, 2021, the parties submit a joint letter to the Court providing an update as to their settlement discussions regarding the fee issue.

SO ORDERED.

Dated: April 6, 2021
      New York, New York

                                            Vernon S. Broderick
                                            United States District Judge